UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ANITA L. BILETZKY | ) | CASE NO. 15-80234 |
| | ) | |
| Debtor(s). | ) | |

## TRUSTEE'S RESPONSE TO DEBTOR(S)' MOTION TO SHORTEN NOTICE AND SELL REAL ESTATE

The debtor(s)' Motion to Sell Real Estate is set for hearing on 12/15/2017 at 9:00 a.m.

1. Relevant case information:
   - A. Date case filed ........................................................ 1/30/15
   - B. Total needed to complete plan ................................ $ 21,600.00
   - C. Total paid in .......................................................... $ 13,207.01
   - D. Balance due ........................................................... $ 8,392.99
   - E. Payments monthly/direct......................................... $ 400.00
   - F. Plan percentage (approximately) ............................ 50%
   - G. Months left to complete ........................................... 21

*Figures contained herein are not payoff figures. A payoff letter must be requested in writing form the Trustee's office.

2. The Trustee has no objection.

                                        /s/Lydia S. Meyer
                                        LYDIA S. MEYER, Trustee

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| COUNTY OF WINNEBAGO | ) | |

I, the undersigned being first duly sworn on oath, depose and state that I served the above by faxing a correct copy of said document to debtor(s)' attorney as follows: **Attorney Kristin Beilke;** and by electronically filing with the United States Bankruptcy Court on 12/5/17.

                                        /s/Cynthia K. Burnard

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368