UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-80234 |
| Anita Biletzky | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER SHORTENING TIME FOR NOTICE AND AUTHORIZING SALE OF REAL ESTATE**

THIS MATTER coming to be heard on Debtor's Motion to Shorten Time for Notice and Authorize Sale of Real Estate, this Court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED:

1. The time for notice of this motion is shortened to 11 days;

2. Debtor is authorized to sell her real estate located at 6141 Penguin Dr., Rockford, IL 61109 for $131,000; and

3. The stay required by Fed. Bankr. R. 6004(h) is hereby waived.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  December 15, 2017

**Prepared by:**

Kristin K. Beilke
Geraci Law, L.L.C.
55 E. Monroe St., Suite 3400
Chicago, IL 60603